UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>            Plaintiff,<br><br>    vs.<br><br>G. ADAME, et al.,<br><br>            Defendants. | 1:12-cv-01915-GSA-PC<br><br>ORDER GRANTING REQUEST FOR COPY OF COMPLAINT<br>(Doc. 21.)<br><br>ORDER FOR CLERK TO SEND PLAINTIFF A COPY OF THE COMPLAINT<br>(Doc. 1.) |

     Roberto Herrera ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on November 26, 2012. (Doc. 1.) On December 6, 2008, Plaintiff consented to the jurisdiction of a Magistrate Judge under 28 U.S.C. 636(c), and no other parties have made an appearance. (Doc. 5.) Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

     On June 12, 2013, the court dismissed this action based on Plaintiff's failure to state a claim, and judgment was entered. (Docs. 13, 14.)

     On July 25, 2013, Plaintiff filed a request for the court to provide him with a copy of his Complaint, in order to assist him in appealing the court's dismissal of this case. (Doc. 21.) Good cause appearing, Plaintiff's request shall be granted.

Accordingly, good cause having been presented to the court, and good cause appearing therefor, IT IS HEREBY ORDERED that:

    1.    Plaintiff's request for a copy of his Complaint is GRANTED; and

    2.    The Clerk is directed to send Plaintiff a copy of the Complaint filed in this action on November 26, 2012 (Doc. 1.)

IT IS SO ORDERED.

Dated:   **August 2, 2013**                              **/s/ Gary S. Austin**
                                                                           UNITED STATES MAGISTRATE JUDGE